**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 3, 2018**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **KELVIN BOYCE,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 751(a)** |
| **Defendant.** | : | **(Escape from Custody)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about May 1, 2018, within the District of Columbia, **KELVIN BOYCE**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the Superior Court for the District of Columbia upon conviction for the commission of Assault With Intent to Kill, in violation of Title 22, District of Columbia Code, Section 401.

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.